IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD F. DAILEY, JR., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 08-1577 |
| | ) | |
| v. | ) | Magistrate Judge Bissoon |
| | ) | |
| LEGG MASON WOOD WALKER, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Consistent with the Order filed under Miscellaneous Number 09-01, attached as Appendix "A" hereto, Arnold Y. Steinberg hereby is TERMINATED as counsel of record for the Plaintiff.

IT IS FURTHER ORDERED that, by **May 29, 2009**, Plaintiff Donald F. Dailey, Jr., shall either: (a) secure the entry of appearance of new legal counsel in this case, or (b) file a notice with the Court indicating Plaintiff's intent to proceed in this case without the benefit of legal representation.

IT IS SO ORDERED.[1]


May 12, 2009                                                    s/Cathy Bissoon
                                                                Cathy Bissoon
                                                                United States Magistrate Judge

---

[1] Although Plaintiff's mailing address is not identified in the Complaint, it appears at least twice in the exhibits attached thereto. *See* Ex. 2 to Compl. (Doc. 1) (Statement of Arbitration Claim, identifying Plaintiff's mailing address at "14 Westbrook Circle, Shrewsbur[y], PA 17361"); Ex. 6 to Compl. (identifying same address). The Court also has confirmed Plaintiff's mailing address through Lexis/Nexis, which compiles information regarding individuals that is available through public record.

cc (via 1st Class U.S. Mail):

Donald F. Dailey, Jr.
14 Westbrook Circle
Shrewsbury, PA  17361-1830


cc (via email):

Arnold Y. Steinberg, Esq.
Joseph T. Moran, Esq.
Ryan James, Esq.