IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD F. DAILEY, JR., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 08-1577 |
| | ) | |
| v. | ) | Magistrate Judge Bissoon |
| | ) | |
| LEGG MASON WOOD WALKER, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On May 29, 2009, Plaintiff transmitted to the Clerk's Office an email stating, "I will be proceeding with my case [*p]ro*[ *se*]." *See* copy of email, attached hereto as Appendix "A." Although emails are not an appropriate form of filing in this District, <u>on this occasion only</u> the Court will accept Plaintiff's submission.

Plaintiff's submission is sufficient to satisfy his obligations under the Order filed on May 12, 2009 (Doc. 8), and Plaintiff now proceeds in this litigation *pro se*.

For future reference, Plaintiff is advised that there are only two ways in which a *pro se* litigant may file documents in this District: Plaintiff may become a registered user of the District's CM/ECF system and file documents electronically; or he may file documents in paper form by submitting them to the Clerk's Office. *See* CM/ECF "Frequently Asked Questions" section on W.D. Pa.'s website at: http://www.pawd.uscourts.gov/cgi-bin/wonderdesk/wonderdesk.cgi?db=faq&uid=default&from=&language=english&wdauth=&view_records=1&ID=13&ww=1 ("[a]ll cases are part of CM/ECF," and *pro se* litigant may register for CM/ECF or "file documents in paper form," which "[t]he Clerk's office will scan [into] . . . the electronic

file"). Should Plaintiff have questions regarding paper filing, he shall direct them to the Clerk's Office.

Notwithstanding Plaintiff's *pro se* status, it is the Court's expectation that Plaintiff will comply with all Court orders and deadlines. Finally, Plaintiff and Defense counsel must familiarize themselves with the Practices and Procedures of the undersigned on the Court's website (see web page at http://www.pawd.uscourts.gov/Documents/Public/Reference/bissoon.pdf), and they will be held responsible for complying with such practices and procedures.

IT IS SO ORDERED.


June 1, 2009                                       s/Cathy Bissoon
                                                   Cathy Bissoon
                                                   United States Magistrate Judge

cc (via 1st Class U.S. Mail):

Donald F. Dailey, Jr.
14 Westbrook Circle
Shrewsbury, PA 17361


cc (via email):

Joseph T. Moran, Esq.
Ryan James, Esq.